**Fill in this information to identify the case:**

Debtor name      **Centro Cabinetry, LLC**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF TENNESSEE

Case number (if known)      **2:22-bk-00550**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March  9, 2022**      X **/s/ Paul LaScola**
                                          Signature of individual signing on behalf of debtor

                                          **Paul LaScola**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name    **Centro Cabinetry, LLC** |
| United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known)    **2:22-bk-00550** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*................................................................    $    **1,087,400.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..........................................................    $    **218,535.72**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................    $    **1,305,935.72**

---

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **4,233,933.13**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **310,998.45**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$    **320,569.42**

4. **Total liabilities** ........................................................................................................
     Lines 2 + 3a + 3b      $    **4,865,501.00**

---

Case 2:22-bk-00550    Doc 12    Filed 03/10/22    Entered 03/10/22 01:38:44    Desc Main
Document     Page 2 of 36

**Fill in this information to identify the case:**

Debtor name  **Centro Cabinetry, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  **2:22-bk-00550**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2.    **Cash on hand**                                                                                                              **$35.00**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wilson Bank & Trust**<br>**Payroll account**<br>**x3150** | **Checking** | | **$0.72** |
| 3.2. | **Wilson Bank & Trust**<br>**Operating account**<br>**x3366**<br>**(overdrawn balance)** | **Checking** | | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                                     **$35.72**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | **Security deposit with Smithville Electric** | **$1,500.00** |
| --- | --- | --- |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor   **Centro Cabinetry, LLC**                   Case number *(If known)* **2:22-bk-00550**
          Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.** | $1,500.00 |

   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | **178,563.82** | - | **178,563.82** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.** | $0.00 |

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Inventory of wood and raw materials for cabinets, paint, lacquer and thinner.** | 2/1/2022 | $0.00 | Liquidation | $8,000.00 |
| 20. | **Work in progress** **Cabinets in various stages of assembly** | 2/1/2022 | $0.00 | Liquidation | $2,000.00 |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.** | $10,000.00 |

   Add lines 19 through 22.  Copy the total to line 84.

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Centro Cabinetry, LLC**      Case number *(If known)* **2:22-bk-00550**
Name

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>Office furnishings | $0.00 | Liquidation | $5,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment and supplies | $0.00 | Liquidation | $2,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

           **$7,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

3/09/22 9:07PM

Debtor **Centro Cabinetry, LLC**    Case number *(If known)* **2:22-bk-00550**
Name

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**CNC machine and other equipment used in cabinetry manufacturing and assembly**<br>***See Attached List** | $0.00 | Liquidation | $200,000.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$200,000.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1.** **0 Riverwatch Trace (Lot 10)**<br>**Dekalb County, TN**<br><br>**Propriety of legal ownership in dispute; transferred from La Scola Properties, LLC 2/20/2020 on premise that 3rd party would obtain $2.5MM in capital for debtor, which did not occur** | Fee simple | $0.00 | Tax records | $93,700.00 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 4

Case 2:22-bk-00550    Doc 12    Filed 03/10/22    Entered 03/10/22 01:38:44    Desc Main
Document    Page 6 of 36

Debtor     **Centro Cabinetry, LLC**                                      Case number *(If known)*  **2:22-bk-00550**
Name

| | | | | |
|---|---|---|---|---|
| 55.2. | **165 Sunrise Pointe (Lot 6) Dekalb County, TN Property currently listed for sale at $1,900,000 with no offers**<br><br>**Propriety of legal ownership in dispute; transferred from Paul & Kristen La Scola 2/20/2020 on premise that 3rd party would obtain $2.5MM in capital for debtor, which did not occur.** | Fee Simple | $0.00 | Tax records | $439,100.00 |
| 55.3. | **0 Sunrise Pointe (Lot 5) Dekalb County, TN**<br><br>**Propriety of legal ownership in dispute; transferred from Paul & Kristen La Scola 2/20/2020 on premise that 3rd party would obtain $2.5MM in capital for debtor, which did not occur.** | Fee Simple | $0.00 | Tax records | $105,200.00 |
| 55.4. | **817 Fairlane Cir Dekalb County, TN**<br><br>**Propriety of legal ownership in dispute; transferred from La Scola Properties, LLC 2/20/2020 on premise that 3rd party would obtain $2.5MM in capital for debtor, which did not occur** | Fee Simple | $0.00 | | $116,800.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Centro Cabinetry, LLC**          Case number *(If known)*   **2:22-bk-00550**
         Name

| | | | | |
|---|---|---|---|---|
| 55.5. | **0 Sunrise Pointe (Lot 5S)**<br>**Dekalb County, TN**<br><br>**Propriety of legal ownership in dispute; transferred from Paul & Kristen La Scola 2/20/2020 on premise that 3rd party would obtain $2.5MM in capital for debtor, which did not occur.** | Fee simple | $0.00    Tax records | $22,600.00 |
| 55.6. | **855 Allens Chapel Rd**<br>**Dekalb County, TN**<br><br>**Propriety of legal ownership in dispute; transferred from La Scola Properties, LLC 2/20/2020 on premise that 3rd party would obtain $2.5MM in capital for debtor, which did not occur.** | Fee Simple | $0.00    Tax records | $310,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$1,087,400.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

                                                                **Current value of debtor's interest**

Debtor    **Centro Cabinetry, LLC**                                    Case number *(If known)*  **2:22-bk-00550**
_____
         Name

| 71. | **Notes receivable** |  |
| | Description (include name of obligor) | |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Potential cause(s) of action against Alternative Capital Solutions, Inc., Bidco, Terry Luker, and various other related parties**                                                              **Unknown**
    _____

    | Nature of claim | **Civil** |
    | Amount requested | **$0.00** |

    **Cause of action against Bobby & Laura Queen for $16,000.00 of cabinets received and not paid, lien pending.**
    **Debtor represented by Mingy Ball, Esq.**                                                               **Unknown**
    _____

    | Nature of claim | **Civil** |
    | Amount requested | **$16,000.00** |

    **Cause of action against Robert & Lisa Widelock for $10,483.41 of cabinets received and not paid, lien pending.**
    **Debtor represented by Mingy Ball, Esq.**                                                               **Unknown**
    _____

    | Nature of claim | **Civil** |
    | Amount requested | **$10,483.41** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **An agreement to sell airspace to the airport adjacent to the Debtor's location for $35,000; however, the transaction did not close due to an IRS lien. Upon information and belief, the City is still interested in purchasing; however, it is undetermined whether any proceeds, or how much thereof, would benefit the debtor.**                                                              **Unknown**
    _____

78. **Total of Part 11.**                                                                                   | **$0.00** |
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **Centro Cabinetry, LLC**                          Case number *(If known)*  **2:22-bk-00550**
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $35.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $200,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $1,087,400.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $218,535.72 | + 91b. $1,087,400.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,305,935.72 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Exhibit to Schedule A/B No. 50**

| MANUFACTURER | MODEL | SERIAL | DESCRIPTION | DATE PURCHASED | Value |
|---|---|---|---|---|---|
| Biesse | Rover A FT 15301 | 1000013659 | CNC | 12/21/2016 | $105,000 |
| Biesse/Viet | S1 211 2200 RKRT | 6006182 | WIDE BELT SANDER | 10/31/2016 | $17,000 |
| Biesse | Akron 1330 A | 1000011366 | BANDING MACHINE | 10/13/2016 | $30,000 |
| Extrema | ET-120-3 | 160805-56 | SHAPER | 9/13/2016 | $600 |
| Extrema | ET-120-3 | 160805-43 | SHAPER | 9/13/2016 | $600 |
| Extrema | DC-3100 | 153704 | DUST COLLECTOR | 9/13/2016 | $1,000 |
| Extrema | DC-232/3 | 120646 | DUST COLLECTOR | 9/13/2016 | $200 |
| Extrema | DC-232/3 | 120651 | DUST COLLECTOR | 3/1/2016 | $200 |
| Extrema | DC-232/3 | 120652 | DUST COLLECTOR | 3/1/2016 | $200 |
| Extrema | DC-232/3 | 120666 | DUST COLLECTOR | 3/1/2016 | $200 |
| Extrema | DC-120 | M147906 | DUST COLLECTOR | 3/1/2016 | $100 |
| Saw Stop | PCS31230 | P164734151 | CABINET SAW | 3/1/2016 | $2,200 |
| Saw Stop | PCS31230 | P165134547 | CABINET SAW | 3/1/2016 | $2,200 |
| Ritter Machinery Company | R275-16023 | 16023 | PANEL CLAMP | 10/7/2016 | $4,200 |
| Ritter Machinery Company | B200T | B200T-16023 | POCKET HOLE CUTTER | 10/7/2016 | $2,500 |
| Putsch Group | PANEL SAW | 16130040 | PANEL SAW | 3/6/2016 | $3,000 |
| Woodmaster Tools, Inc. | W-725 | W1-8457 | PLANNER AND MOLDER | 4/20/2016 | ? |
| Blum | Mini Press P | JJ 02512 | HINGE MACHINE | 4/1/2016 | ? |
| Quincy Compressor | 4152016774 | CAI951363 | MAIN COMPRESSOR | 11/19/2016 | ? |
| Catepillar | GC20 | 4EM08339 | SMALL FORKLILFT | 5/1/2016 | ? |
| Yale | GLP080LINGBE089 | E813V01977B | LARGE FORKLIFT | 5/1/2016 | ? |
| Braviisol Divisione Meccanica | LUI M SI | MUS20091007 | SCISSOR LIFT | 6/23/2016 | ? |
| Dewalt | DW S780 | 562946 2017 08-49 | RECIPROCATING SAW | 5/28/2016 | $300 |
| JLT | 79F-8-PC | | CLAMP | 10/25/2016 | $3,000 |
| JLT | 79F-8-PC | | CLAMP | 10/25/2016 | $3,000 |
| Col-Met | CP-230-3P-1.5-1F | 1641-02- JOB#52024C1 | PAINT BOOTH | 4/1/2016 | ? |
| Col-Met | CP-230-3P-1.5-1F | 1641-03- JOB#52024C2 | PAINT BOOTH | 4/1/2016 | ? |

**Fill in this information to identify the case:**

Debtor name   **Centro Cabinetry, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  **2:22-bk-00550**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

---

**2.1**  **Arthur H. Van Buren**
Creditor's Name

**807 E Moran Rd**
**Brentwood, TN 37027**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/2017**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**165 Sunrise Pointe (Lot 6) Dekalb County, TN, and business equipment listed on attachment to Schedule B.**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Amount of claim | Value of collateral |
|---|---|
| **$176,446.95** | **$439,100.00** |

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Arthur H. Van Buren**
**2. Internal Revenue Service**
**3. Tennessee Dept of Revenue**
**4. Arthur H. Van Buren**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**  **Arthur H. Van Buren**
Creditor's Name

**807 E Moran Rd**
**Brentwood, TN 37027**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/2019**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**165 Sunrise Pointe (Lot 6) Dekalb County, TN, and business equipment listed on attachment to Schedule B.**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Amount of claim | Value of collateral |
|---|---|
| **$190,407.00** | **$439,100.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Centro Cabinetry, LLC | Case number (if known) | 2:22-bk-00550 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **Global Economic Concepts, LLC et al.**
Creditor's Name
**Attn: Jeff Schneider, Registered Agent**
**1107 Elk Run**
**Maineville, OH 45039**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/23/2019**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**817 Fairlane Cir, Dekalb County, TN and junior UCC lien on business equipment (disputed).**

**Describe the lien**
**Deed of Trust (by prior owner, La Scola Properties, LLC)**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$450,000.00 | $116,800.00

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Global Economic Concepts, LLC et al.**
**2. TME Investments, LLC, et al.**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.4** | **Internal Revenue Service**
Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**In rem claim as to 165 Sunrise Pointe (Lot 6) Dekalb County, TN (NFTL recorded against K. & P. La Scola while owners of property).**

**Describe the lien**
**NFTL Recorded 7/30/2018 (against K&P LaScola)**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,731,897.66 | $439,100.00

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| Debtor | Centro Cabinetry, LLC | Case number (if known) | 2:22-bk-00550 |
|---|---|---|---|
| | Name | | |

| 2.5 | Internal Revenue Service | Describe debtor's property that is subject to a lien | $291,189.68 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All of the right title and interest of the debtor** | | |

**Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**

**NFTL recorded 7/23/2021**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | Internal Revenue Service | Describe debtor's property that is subject to a lien | $33,991.84 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All of the right title and interest of the debtor** | | |

**Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**

**NFTL recorded 8/27/2021**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | Tennessee Dept of Revenue | Describe debtor's property that is subject to a lien | Unknown | $439,100.00 |
|---|---|---|---|---|
| | Creditor's Name | **165 Sunrise Pointe (Lot 6)
Dekalb County, TN** | | |

**c/o Tenn. Attorney
General's Office
PO Box 20207
Nashville, TN 37202**

Creditor's mailing address

**Describe the lien**

**State Tax Lien recorded 11/29/2018**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

| Debtor | Centro Cabinetry, LLC | Case number (if known) | 2:22-bk-00550 |
|--------|----------------------|------------------------|---------------|
| | Name | | |

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.8 | **Tim Shaw** | Describe debtor's property that is subject to a lien | $200,000.00 | $310,000.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**c/o Joy Longnecker, Esq.**
**1600 West End Ave, Suite 2000**
**Nashville, TN 37203**

Creditor's mailing address

**855 Allens Chapel Rd, Dekalb County, TN**

**Describe the lien**

**Deed of Trust (by prior owner, La Scola Properties, LLC)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Tim Shaw**
**2. Tim Shaw and Joshua Smith**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.9 | **Tim Shaw and Joshua Smith** | Describe debtor's property that is subject to a lien | $400,000.00 | $310,000.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**c/o Joy Longnecker, Esq.**
**1600 West End Ave, Suite 2000**
**Nashville, TN 37203**

Creditor's mailing address

**855 Allens Chapel Rd, Dekalb County, TN (Disputed in rem claim)**

**Describe the lien**

**Deed of Trust (by prior owner, La Scola Properties, LLC)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Centro Cabinetry, LLC** | | Case number (if known) | **2:22-bk-00550** |
|---|---|---|---|---|
| | Name | | | |

- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.8**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

---

| 2.10 | **TME Investments, LLC, et al.** | **Describe debtor's property that is subject to a lien** | **$760,000.00** | **$116,800.00** |
|---|---|---|---|---|
| | Creditor's Name | **165 Sunrise Pointe; 817 Fairlane Cir; 855 Allens Chapel; 0 Sunrise Pointe (Lots 5 and 5S)** | | |
| | **ATTN: Teresa R. Elwood, Registered Agent** | **Dekalb County, TN** | | |
| | **7111 Augusta Pines Pkwy E** | **(Disputed in rem claims)** | | |
| | **Spring, TX 77389** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | **10/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **Specified on line 2.3** | ☑ Disputed | | |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$4,233,933.13**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Glenn B. Rose, Esq.**<br>**Bass, Berry & Sims**<br>**150 Third Avenue South, Suite 2800**<br>**Nashville, TN 37201** | Line **2.1** | |
| **Glenn B. Rose, Esq.**<br>**Bass, Berry & Sims**<br>**150 Third Avenue South, Suite 2800**<br>**Nashville, TN 37201** | Line **2.2** | |
| **Gotee Digital Ventures, LLC**<br>**Attn: Registered Agents Inc.**<br>**30 N. Gould Street, Suite 7974**<br>**Sheridan, WY 82801** | Line **2.10** | |
| **Gotee Digital Ventures, LLC**<br>**30 N. Gould Street, Suite 7974**<br>**Sheridan, WY 82801** | Line **2.3** | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:22-bk-00550    Doc 12    Filed 03/10/22    Entered 03/10/22 01:38:44    Desc Main
Document    Page 16 of 36

Debtor    **Centro Cabinetry, LLC**

Case number (if known)    **2:22-bk-00550**

Name

**TME Investments, LLC, et al.**
**ATTN: Teresa R. Elwood, Registered Agent**          Line    **2.3**
**7111 Augusta Pines Pkwy E**
**Spring, TX 77389**

**Fill in this information to identify the case:**

Debtor name **Centro Cabinetry, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **2:22-bk-00550**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Christopher Lopez**<br>**1354 Vilda Way**<br>**Lebanon, TN 37087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,045.43** | **$1,045.43** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**City of Smithville**<br>**104 E Main St #103**<br>**Smithville, TN 37166** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    53196                    Best Case Bankruptcy

3/09/22 9:07PM

| Debtor | Centro Cabinetry, LLC | Case number (if known) | 2:22-bk-00550 |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**DeKalb County**
**DeKalb County Courthouse -**
**Room 204**
**Smithville, TN 37166**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Dorothy Pewitt**
**7505 Mangrum Road**
**Primm Springs, TN 38476**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,845.75 | $1,845.75

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Dr. Robert Landsberg**
**143 Island Drive**
**Hendersonville, TN 37075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,000.00 | $3,025.00

Date or dates debt was incurred

Basis for the claim:
**Deposit made for cabinet project**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$250,000.00 | $250,000.00

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes (940 and 941) for 2018-2021**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Centro Cabinetry, LLC | Case number (if known) | 2:22-bk-00550 |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,255.64 | $1,255.64 |
|---|---|---|---|---|

**James Michael Pewitt
7355 Mamie Lane
Fairview, TN 37062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 | $13,650.00 |
|---|---|---|---|---|

**Kristin L. La Scola
1354 Vilda Way
Lebanon, TN 37087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $10,000.00 |
|---|---|---|---|---|

**Tennessee Dept of Revenue
c/o Tenn. Attorney General's
Office
PO Box 20207
Nashville, TN 37202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes for 2018-2021**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Centro Cabinetry, LLC | Case number (if known) | 2:22-bk-00550 |
|--------|----------------------|------------------------|----------------|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,851.63 | $1,851.63 |
|------|---------------------------------------------|----------------------------------------------|-----------|

**Tracy Kyle**
**2242 Temperance Hall Road**
**Liberty, TN 37095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Alternative Capital Solutions, LLC**
**133 Holiday Court. Suite 207**
**Franklin, TN 37067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Amaranth Designs**
**1015 Mansker Farms Blvd.**
**Hendersonville, TN 37075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**BMW Financial Services**
**300 Chestnut Ridge Road**
**Woodcliff Lake, NJ 07677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **RE: Lease**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Bylar Industrial**
**Paul Bylar**
**1661 Cedar Creek Road, Suite A**
**Vanleer, TN 37181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Commercial Capital Bidco, Inc.**
**133 Holiday Court**
**Suite 207**
**Franklin, TN 37067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Bidco asserts it loaned $526,078 to Centro prior to 2/2020, which is disputed by Centro. Bidco further asserts a $30,000 loan was made to Centro and another borrower, which Centro disputes the legality thereof.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | Centro Cabinetry, LLC | Case number (if known) | 2:22-bk-00550 |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**Dean Solon**
**C/O Shoals Technologies**
**1400 Shoals Way**
**Portland, TN 37148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,429.29 |
|---|---|---|---|

**DTC Communications**
**111 High Street**
**Alexandria, TN 37012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Evans, Jones & Reynolds**
**401 Commerce Street**
**Suite 710**
**Nashville, TN 37219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,188.40 |
|---|---|---|---|

**Hartford Insurance**
**One Hartsford Plaza**
**Hartford, CT 06155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,726.01 |
|---|---|---|---|

**Middle Tennessee Gas**
**1030 W. Broad Street**
**Smithville, TN 37166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |
|---|---|---|---|

**Mingy Ball, Esq.**
**206 E. Public Square**
**Smithville, TN 37166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Opal Point**
**PO Box 2428**
**Lebanon, TN 37088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _RE: Storage_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Centro Cabinetry, LLC | Case number (if known) | 2:22-bk-00550 |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,225.72**

**Stripe Capital**
**510 Townsend Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **$25,000 loan and (up to) $52,225.72 in disputed transactions for unfilled orders**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Tate Deguira**
**Uncommon Builds**
**2816 Dickerson Pike**
**Nashville, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

**United Healthcare**
**Headquarters Address**
**9900 Bren Road E**
**Hopkins, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,800.00**

**Wilson Bank & Trust**
**576 W. Broad St.**
**Smithville, TN 37166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Wurth Wood Group**
**634 Melrose Ave**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Commercial Capital Bidco, Inc.**<br>**c/o Benjamin E. Goldammer, Esq.**<br>**222 Second Ave. N., Suite 340-M**<br>**Nashville, TN 37201** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Stripe Capital**<br>**354 Oyster Pte. Blvd**<br>**South San Francisco, CA 94080** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor    **Centro Cabinetry, LLC**                                        Case number (if known)    **2:22-bk-00550**
          Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    310,998.45 |
| **5b. Total claims from Part 2** | 5b.  + | $    320,569.42 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    631,567.87 |

**Fill in this information to identify the case:**

Debtor name   **Centro Cabinetry, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   **2:22-bk-00550**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:22-bk-00550    Doc 12    Filed 03/10/22    Entered 03/10/22 01:38:44    Desc Main
Document    Page 25 of 36

**Fill in this information to identify the case:**

Debtor name   **Centro Cabinetry, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   **2:22-bk-00550**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Kristin L. La Scola** | **1354 Vilda Way**<br>**Lebanon, TN 37087** | **BMW Financial Services** | ☐ D _____<br>■ E/F _3.3_<br>☐ G _____ |
| 2.2 | **Paul & Kristen La Scola** | **165 Sunrise Pointe**<br>**Sparta, TN 38583** | **Internal Revenue Service** | ■ D _2.4_<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Paul & Kristen La Scola** | **165 Sunrise Pointe**<br>**Sparta, TN 38583** | **Arthur H. Van Buren** | ■ D _2.1_<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Paul & Kristen La Scola** | **165 Sunrise Pointe**<br>**Sparta, TN 38583** | **Arthur H. Van Buren** | ■ D _2.2_<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Centro Cabinetry, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  **2:22-bk-00550**

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Sales** | **$0.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Gross Sales** | **$428,764.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other   **Gross Sales** | **$175,674.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Centro Cabinetry, LLC** | Case number *(if known)* | **2:22-bk-00550** |
|---|---|---|---|

may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **BMW Financial Services 300 Chestnut Ridge Road Woodcliff Lake, NJ 07677** | **Leased BMW X7** | **2/12/2022** | **$65,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Commercial Capital Bidco, Inc. v. Centro Cabinetry, LLC, La Scola Properties, LLC, Paul La Scola and Kristen O. La Scola** | **Civil** | **Dekalb County Circuit Court** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Dunham Hildebrand, PLLC 2416 21st Avenue South, Suite 303 Nashville, TN 37212 | Payment for legal representation | 2/2022 | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? Arthur Van Buren | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | S&P Machinery Attn: Patrick Shrum 3115 Potts Crossing Smyrna, TN 37167 | Unique Machine and Tool Co, Door Machine, Model 50GT2, S/N: 1702160250 | 12/15/2021 | $18,000.00 |
| | Relationship to debtor | | | |

Debtor    **Centro Cabinetry, LLC**                                         Case number *(if known)* **2:22-bk-00550**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>. | **360degreemachinery<br>Attn: Bryan Frieze<br>765 Gallagher Road<br>Kingston, TN 37763** | **Biesse DOWEL INSERTER, Elix B, S/N:<br>11042, Sold 12/5/2021 for $21,000<br>Biesse CABINET CLAMP MACHINE,<br>Cosmo, S/N: 1000010220, Sold 12/5/2021<br>for $20,000<br>Cantek DOVETAIL MACHINE<br>,CANJDT-75, S/N: 1609409, Sold<br>1/12/2022 for $3,500<br>Denray Machine SANDING TABLE,<br>9600B, S/N: 474925, Sold 1/12/2022 for<br>$2,000** | **12/5/2021 and<br>1/12/2022** | **$46,500.00** |
| | Relationship to debtor | | | |

---

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

Case 2:22-bk-00550    Doc 12    Filed 03/10/22    Entered 03/10/22 01:38:44    Desc Main
Document         Page 30 of 36

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Opal Point Boat Storage<br>4227 Sparta Hwy<br>Smithville, TN 37166** | **Paul La Scola<br>Kristen O. La Scola** | **Old cabinets, equipment parts and other assorted items** | ☐ No<br>■ Yes |

<span style="background:black;color:white">**Part 11:**</span>  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<span style="background:black;color:white">**Part 12:**</span>  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Debtor | **Centro Cabinetry, LLC** | Case number *(if known)* | **2:22-bk-00550** |
|---|---|---|---|

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Arthur H. Van Buren<br>807 E Moran Rd<br>Brentwood, TN 37027** | **2018 - current** |
| 26a.2. | **LBMC<br>P.O. Box 1869<br>Brentwood, TN 37024** | **2016 - current** |
| 26a.3. | **Kristen O. La Scola<br>165 Sunrise Pointe<br>Sparta, TN 38583** | **2018 - current** |
| 26a.4. | **Kristin L. La Scola<br>1354 Vilda Way<br>Lebanon, TN 37087** | **2018 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Centro Cabinetry, LLC**                                    Case number *(if known)* **2:22-bk-00550**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ■ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul La Scola | 165 Sunrise Pointe Sparta, TN 38583 | Member, CEO | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kristen O. La Scola | 165 Sunrise Pointe Sparta, TN 38583 | Member, President | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Commercial Capital Bidco, Inc. | 133 Holiday Court, Suite 207 Franklin, TN 37067 | Disputed. | Disputed. |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

```
Debtor   Centro Cabinetry, LLC                    Case number (if known) 2:22-bk-00550
```

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Paul & Kristen La Scola<br>165 Sunrise Pointe<br>Sparta, TN 38583<br><br>Relationship to debtor<br>Members | Approximately $40,000 | Debtor's records reflects recurring pay, though many checks were never negotiated due to cash flow issues of debtor. | Services rendered to company. |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March  9, 2022**

**/s/ Paul LaScola**                                      **Paul LaScola**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Centro Cabinetry, LLC**                                  Case No.    **2:22-bk-00550**

                                           Debtor(s)                          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):    **Arthur Van Buren**

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  9, 2022**

*Date*

                               **/s/ Gray Waldron**

                               **Gray Waldron**
                               *Signature of Attorney*
                               **Dunham Hildebrand, PLLC**
                               **2416 21st Ave S, Ste 303**
                               **Nashville, TN 37212**
                               **629.777.6519  Fax: 615.777.3765**
                               **gray@dhnashville.com**
                               *Name of law firm*

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Centro Cabinetry, LLC**      Case No.   **2:22-bk-00550**

                       Debtor(s)      Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 9, 2022**          **/s/ Paul LaScola**

                                  **Paul LaScola**/CEO
                                  Signer/Title