# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 22-00550 | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|
| Case Name: | CENTRO CABINETRY, LLC | | Date Filed (f) or Converted (c): | 02/23/2022 (f) |
| For the Period Ending: | 09/30/2022 | | §341(a) Meeting Date: | 04/21/2022 |
| | | | Claims Bar Date: | 07/19/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  0 Riverwatch Trace | $93,700.00 | $93,700.00 | | $0.00 | $93,700.00 |
| 2  Cash on hand | $35.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Burdensome. No cash was found by Trustee. | | | | | |
| 3  165 Sunrise Pointe | $439,100.00 | $262,653.05 | | $0.00 | $439,100.00 |
| 4  Wilson Bank & Trust Payroll account x3150 Checking | $0.72 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Burdensome Asset | | | | | |
| 5  0 Sunrise Pointe (Lot 5) | $105,200.00 | $105,200.00 | | $0.00 | $105,200.00 |
| 6  Wilson Bank & Trust Operating account x3366 (overdrawn balance) Checking | $0.00 | $0.00 | | $0.00 | FA |
| 7  817 Fairlane Cir  Dekalb County TN | $116,800.00 | $116,800.00 | | $117,810.00 | FA |
| 8  Security deposit with Smithville Electric | $1,500.00 | $0.00 | | $0.00 | FA |
| 9  0 Sunrise Pointe (Lot 5S)  Dekalb County TN | $22,600.00 | $22,600.00 | | $0.00 | $22,600.00 |
| 10  Over 90 days old: 178563.82 - 178563.82 face amount - doubtful or uncollectible accounts | $0.00 | $0.00 | | $0.00 | FA |
| 11  855 Allens Chapel Rd  Dekalb County TN | $310,000.00 | $310,000.00 | | $581,130.00 | FA |
| 12  Raw materials Inventory of wood and raw materials for cabinets, paint, lacquer and thinner. 2/1/2022 $0.00 Liquidation | $8,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** See 8-11-2022 Report of Sale (Dkt. No. 110) | | | | | |
| 13  Work in progress Cabinets in various stages of assembly 2/1/2022 $0.00 Liquidation | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** See 8-11-2022 Report of Sale (Dkt. No. 110) | | | | | |
| 14  Office furniture Office furnishings $0.00 Liquidation | $5,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** See 8-11-2022 Report of Sale (Dkt. No. 110) | | | | | |
| 15  Office equipment, including all computer equipment and communication systems equipment and software Office equipment and supplies $0.00 Liquidation | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** See 8-11-2022 Report of Sale (Dkt. No. 110) | | | | | |

| Case No.: | 22-00550 | | | Trustee Name: | John C. McLemore |
| Case Name: | CENTRO CABINETRY, LLC | | | Date Filed (f) or Converted (c): | 02/23/2022 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 04/21/2022 |
| | | | | Claims Bar Date: | 07/19/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) CNC machine and other equipment used in cabinetry manufacturing and assembly *See Attached List $0.00 Liquidation | $200,000.00 | $200,000.00 | | $176,231.04 | FA |
| **Asset Notes:** | See 8-11-2022 Report of Sale (Dkt. No. 110) | | | | | |
| 17 | Potential cause(s) of action against Alternative Capital Solutions, Inc., Bidco, Terry Luker, and various other related parties | Unknown | $0.00 | | $0.00 | FA |
| 18 | Cause of action against Bobby & Laura Queen for $16,000.00 of cabinets received and not paid, lien pending. Debtor represented by Mingy Ball, Esq. | Unknown | $250.00 | | $250.00 | FA |
| 19 | Cause of action against Robert & Lisa Widelock for $10,483.41 of cabinets received and not paid, lien pending. Debtor represented by Mingy Ball, Esq. | Unknown | $250.00 | | $250.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Asset**

$1,305,935.72     $1,111,453.05     $875,671.04     $660,600.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/25/2022 | NEED TO GET CARVE OUT WITH IRS TO SELL REMAINING PROPERTIES. |
| 10/12/2022 | Email to George Mudter re: title searches for Sunrise Lots and River Trace. |
| 10/11/2022 | Filed Statement of Sale re: Fairlane and Allen Chapel properties. Mailed checks to auctioneer and secured creditors. |
| 10/03/2022 | Filed Mt to Appt Kraft & Company. |
| 09/29/2022 | Filed Mt to Sell or Transfer 2 General Sessions Lawsuits to the Defendants - Widelock and Queen. |
| 09/29/2022 | Email to Ken Kraft re: appt. |
| 09/19/2022 | PC with Joseph E. Patrick at the IRS. |
| 09/19/2022 | Contact at TN Dept. of Revenue |
| 08/29/2022 | Email to Mark Lee re: conducting real estate closings for bankruptcy case. RESPONSE: I will be out of town. Cannot help with closings. |
| 08/29/2022 | Email to George Mudter re: closings. |

| Case No.: | 22-00550 | | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|---|
| Case Name: | CENTRO CABINETRY, LLC | | | Date Filed (f) or Converted (c): | 02/23/2022 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 04/21/2022 |
| | | | | Claims Bar Date: | 07/19/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 08/23/2022 | 855 Allens Chapel Road sold for $581,130.00. |
| | 817 Fairlane Circle sold for $117,810.00--Total $698,940.00 |
| 08/01/2022 | Email about safe from Radley Hendrixson and Trustee Response |
| 08/01/2022 | Hendrixson's response regarding ownership of safe |
| 07/01/2022 | email to Tim Pirtle asking for copy of recorded release |
| 06/29/2022 | Contact information for IRS rep, John Whitten |
| 06/20/2022 | Tim Shaw payoff with per diem |
| 06/15/2022 | List of Centro real estate holdings |
| 06/13/2022 | Confirmation Insurance Coverage bound |
| 06/10/2022 | Contact info for Kristin, Paul & Kristen's daughter |
| 06/10/2022 | Email to creditors and parties in interest: Bob Mendes, Gray Waldron, Steve Jordan, Glenn Rose, Gill Geldrich regarding acquisition of insurance. |
| 06/08/2022 | Email to Phillip Young regarding insurance on La Scola home and Centro manufacturing building |
| 06/08/2022 | Email to Mary Alice Carfi about the Queen and Widelock General Sessions cases |
| 06/03/2022 | Email to Sam Tays about electricity at Allens Chapel Road |
| 06/01/2022 | Email to Carrie D. Rakes at IRS |
| 05/25/2022 | Radley Hendrixson's contact info |
| 05/19/2022 | Filed Mt to Appt Tays Realty & Auction. |
| 05/19/2022 | Email to LaScolas, Art Van Buren, Gray Waldron regarding unpaid wages and wage claims |
| 05/19/2022 | Contact info for A. Vester Parsley, Smithville City Attorney |
| 05/19/2022 | Email to Phillip Young and Sam Tays (copied) about real estate sale schedule |
| 05/19/2022 | Sunrise sewage lots "S" explained |
| 05/18/2022 | Paul LaScola to-do list |
| 05/17/2022 | Bidding begins 7/5/2022 on contents of Centro Cabinetry and closes 7/19/2022 at 10:00 a.m. |
| 05/11/2022 | Short version of controversy between Centro and Bidco |
| 05/04/2022 | Email from Glenn Rose regarding Art Van Buren credit bidding at the auction of the wood working equipment |
| 04/21/2022 | Emergency Room message from Gray Waldron |
| 04/20/2022 | Claims bar date is 7/19/2022. |
| 04/20/2022 | Email to Phillip Young with my observations on the eve of the meeting of creditors |
| 04/19/2022 | Email to Phillip Young regarding two AR suits pending in DeKalb General Sessions |
| 04/14/2022 | Filed Mt to Sell FFE. |
| 04/11/2022 | Glen Rose asked for technical invitation to the ZOOM 341 and about subordinate secured creditors |
| 04/01/2022 | Contact info for: |
| | John Harpenau |
| | Buyer of used machinery |
| | Mohawk Machinery Inc |

SUBTOTALS $0.00 $0.00

| Case No.: | 22-00550 | | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|---|
| Case Name: | CENTRO CABINETRY, LLC | | | Date Filed (f) or Converted (c): | 02/23/2022 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 04/21/2022 |
| | | | | Claims Bar Date: | 07/19/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 03/31/2022 | Email to Steve Jordan about four parcels in DeKalb County that may have equity for the IRS |
| 03/31/2022 | Email to Sam Tays requesting value of four parcels in DeKalb County |
| 03/23/2022 | Contact info for Steve Nelson at Federal Equipment in Cleveland, OH and Houston TX |
| 03/22/2022 | Winternitz contact info |
| 03/22/2022 | Alternative Capital Solutions contact information |
| 03/21/2022 | Inquiry about woodworking equipment |
| 03/09/2022 | Email from Glenn Rose counsel for Art Van Buren regarding relief from stay |
| 03/02/2022 | Glenn Rose @ BB&S represents Art Van Buren who has a lien on all equipment etc. The Proof of Claim and supporting docs are in the .pdf file on this case. |
| 02/25/2022 | Email to Gray Waldron about use of raw materials to fill a apaid order |
| 02/24/2022 | LaScola contact info |

**Initial Projected Date Of Final Report (TFR):** 12/20/2023    **Current Projected Date Of Final Report (TFR):** 12/20/2023    /s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** | 22-00550 | **Trustee Name:** John C. McLemore |
| **Case Name:** | CENTRO CABINETRY, LLC | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9198 | **Checking Acct #:** ******0247 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 10/01/2021 | **Blanket bond (per case limit):** $720,000.00 |
| **For Period Ending:** | 09/30/2022 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/03/2022 | (16) | TAYS REALTY & AUCTION, LLC | Auction proceeds per 4/14/2022 Mt to Sell (Dkt. No. 32) | 1129-000 | $176,231.04 | | $176,231.04 |
| 08/29/2022 | (11) | Michael J. Bauer | Earnest money for purchase of 855 Allens Chapel Rd., Smithville per 7/1/2022 Motion to Sell (Dkt. No 99) | 1290-000 | $116,226.00 | | $292,457.04 |
| 08/31/2022 | (7) | William T. Bates | Earnest money for purchase of 817 Fairlane Circle, Smithville per 7/1/2022 Motion to Sell (Dkt. No 99) | 1290-000 | $23,562.00 | | $316,019.04 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $279.61 | $315,739.43 |
| 09/07/2022 | 3001 | Arthur H. Van Buren | Secured Claim per 4/14/2022 Mt to Sell (Dkt. No. 32) | 4210-000 | | $170,000.00 | $145,739.43 |
| 09/07/2022 | 3002 | Tays Realty & Auction | Auctioneer partial commission for sale of personal property per 6-27-22 AO to Employ Auctioneer (Dkt. No. 95) | 3610-000 | | $6,231.04 | $139,508.39 |
| 09/26/2022 | | First Title and Escrow Co., Inc. | Net proceeds from closing - 855 Allens Chapel Rd., Smithville per 7/1/2022 Motion to Sell (Dkt. No 99) | * | $432,654.32 | | $572,162.71 |
| | {11} | | Gross Sales Price $581,130.00          $581,130.00 Amounts paid through escrow: | 1110-000 | | | $572,162.71 |
| | | | 2022 pro rated City Taxes                    ($679.94) | 2820-000 | | | $572,162.71 |
| | | | 2022 pro rated County Taxes              ($1,563.93) | 2820-000 | | | $572,162.71 |
| | | | Title Charges - $525 Closing Fee,         ($1,525.00) $300 Title Search, $700 Title Examination | 2500-000 | | | $572,162.71 |
| | | | 2021 County Taxes                            ($2,371.00) | 4700-000 | | | $572,162.71 |
| | | | 2021 City Taxes                                ($1,030.97) | 4700-000 | | | $572,162.71 |
| | | | 2017-2020 County, City and Personal   ($25,078.84) Taxes | 4700-000 | | | $572,162.71 |
| | {11} | | Applied Earnest Money                     ($116,226.00) | 1290-000 | | | $572,162.71 |
| | | | | **SUBTOTALS** | **$748,673.36** | **$176,510.65** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| Case No. | 22-00550 |
| Case Name: | CENTRO CABINETRY, LLC |
| Primary Taxpayer ID #: | **-***9198 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2021 |
| For Period Ending: | 09/30/2022 |

| | |
|---|---|
| Trustee Name: | John C. McLemore |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0247 |
| Account Title: | |
| Blanket bond (per case limit): | $720,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2022 | | First Title and Escrow Co., Inc. | Net proceeds from closing - 817 Fairlane Circle, Smithville per 7/1/2022 Motion to Sell (Dkt. No 99) | * | $90,386.44 | | $662,549.15 |
| | {7} | | Gross Sales price $117,810.00    $117,810.00 Amounts paid through escrow: | 1110-000 | | | $662,549.15 |
| | | | 2022 pro rated City Taxes    ($160.33) | 2820-000 | | | $662,549.15 |
| | | | 2022 pro rated County Taxes    ($368.03) | 2820-000 | | | $662,549.15 |
| | | | Title Charges - $525 Closing fee,    ($1,225.00) $150 Title Search, $550 Title Examination | 2500-000 | | | $662,549.15 |
| | | | Recording Fee    ($17.00) | 2500-000 | | | $662,549.15 |
| | | | 2021 City Taxes    ($243.10) | 4700-000 | | | $662,549.15 |
| | | | 2021 County Taxes    ($558.00) | 4700-000 | | | $662,549.15 |
| | | | 2019-2020 City/2020 County Taxes    ($1,290.10) | 4700-000 | | | $662,549.15 |
| | {7} | | Applied Earnest Money    ($23,562.00) | 1290-000 | | | $662,549.15 |
| 09/29/2022 | (18) | Bobby R. Queen and Laura M. Queen | Proceeds per 9/29/2022 Mt to Sell (Dkt No. 119) | 1129-000 | $250.00 | | $662,799.15 |
| 09/29/2022 | (19) | Robert H. Widelock and Lisa D. Widelock | Proceeds per 9/29/2022 Mt to Sell (Dkt No. 120) | 1129-000 | $250.00 | | $663,049.15 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $468.31 | $662,580.84 |
| | | | | SUBTOTALS | $90,886.44 | $468.31 | |

Case 2:22-bk-00550    Doc 132    Filed 10/25/22    Entered 10/25/22 10:49:40    Desc Main
Document      Page 6 of 8

| | |  | | |
|---|---|---|---|---|
| Case No. | 22-00550 | | Trustee Name: | John C. McLemore |
| Case Name: | CENTRO CABINETRY, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9198 | | Checking Acct #: | ******0247 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2021 | | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $839,559.80 | $176,978.96 | $662,580.84 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $839,559.80 | $176,978.96 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $839,559.80 | $176,978.96 | |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 07/19/2022 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $875,671.04 | Total Compensable Receipts: | $875,671.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $875,671.04 | Total Comp/Non Comp Receipts: | $875,671.04 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $213,090.20 | Total Compensable Disbursements: | $213,090.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $213,090.20 | Total Comp/Non Comp Disbursements: | $213,090.20 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 22-00550 | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|
| Case Name: | CENTRO CABINETRY, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9198 | | Checking Acct #: | ******0247 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2021 | | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $839,559.80 | $176,978.96 | $662,580.84 |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 07/19/2022 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $875,671.04 | Total Compensable Receipts: | $875,671.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $875,671.04 | Total Comp/Non Comp Receipts: | $875,671.04 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $213,090.20 | Total Compensable Disbursements: | $213,090.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $213,090.20 | Total Comp/Non Comp Disbursements: | $213,090.20 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE