SO ORDERED.
SIGNED 25th day of November, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Randal S. Mashburn
Chief U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COOKEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CENTRO CABINETRY, LLC, ) | |
| ) | |
| Debtor ) | No. 2:22-bk-00550 |
| ) | Chapter 7 |
| ) | |
| JOHN C. McLEMORE, TRUSTEE, ) | Adversary Proceeding |
| ) | No. 2:24-ap-90115 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA INTERNAL ) | |
| REVENUE SERVICE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

This matter is before the Court on the United States' unopposed motion to amend the August 6, 2025 scheduling order. It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1

The parties shall file exhibits, witness lists, stipulations, and briefs **no later than Tuesday, January 20, 2026.**

This order affects the trial in the adversary proceeding as well as the related hearing on the Trustee's motion to approve compromise and settlement, previously scheduled for the same date in the main bankruptcy case. That trial/hearing was postponed due to the lapse in funding of government appropriations.

Now that the parties are proceeding with these matters, counsel for the parties shall confer with each other and attempt to agree on a new trial/hearing date that will occur within 45 days of the new January 20, 2026, extension referenced above -- after consulting with the Court about available dates. An agreed order may then be submitted. If they are unable to agree on a date, they should so advise the Court, which will then schedule a new trial/hearing date.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**